[No. 67176-6-I.  Division One.  October 29, 2012.]

LAWRENCE JAMETSKY, *Appellant*, v. RODNEY A. OLSEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-24428-0, Jay V. White, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ.

[No. 67340-8-I.  Division One.  October 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. W.R., JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00082-8, Gregory P. Canova, J., entered June 29, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 67429-3-I.  Division One.  October 29, 2012.]

MICHAEL DURLAND ET AL., *Appellants*, v. SAN JUAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-01536-4, David A. Svaren, J. Pro Tem., entered June 20, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ. Now published at 174 Wn. App. 1.

[No. 67938-4-I.  Division One.  October 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON LEE SELLERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06166-0, Steven C. González, J., entered October 20, 2011. *Affirmed* by unpublished per curiam opinion.